IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIVE V. COOPER, individually and as a representative of a class of similarly situated plan participants, on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN, <br><br> Plaintiff, <br><br> v. <br><br> RUANE CUNIFF & GOLDFARB INC., DST SYSTEMS, INC., THE ADVISORY COMMITTEE OF THE DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN, THE COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF DST SYSTEMS, INC., JEROME H. BAILEY, LYNN DORSEY BLEIL, LOWELL L. BRYAN, GARY D. FORSEE, GREGG WM. GIVENS, CHARLES E. HALDEMAN, JR., SAMUEL G. LISS, AND JOHN DOES 1-20, <br><br> Defendants. | CIVIL ACTION NO. 16-cv-01900-WHP |

## NOTICE OF PARTIAL DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)

Plaintiff, Clive V. Cooper, pursuant to Fed.R.Civ.P. 41(a)(1) and an agreement between Plaintiff and Defendants, DST Systems, Inc. ("DST Systems") and Gregg Wm. Givens ("Givens"), as well as Defendants, Jerome H. Bailey, Lynn Dorsey Bleil, Lowell L. Bryan, Gary D. Forsee, Charles E. Haldeman, Jr. and Samuel G. Liss (the "Compensation Committee Defendants"), and Mary E. Sweetman a/k/a Beth Sweetman, Tim Bahr, Jude Metcalf, Ned Burke and Steve Gebben (the "Advisory Committee Defendants"), and Defendant, the Advisory

Committee of the DST Systems, Inc. 401(k) Profit Sharing Plan (the "Advisory Committee"), hereby dismisses the Complaint without prejudice as to DST Systems, Givens, the Compensation Committee Defendants, the Advisory Committee Defendants and the Advisory Committee. All claims asserted against Defendant, Ruane Cunniff & Goldfarb, Inc. ("RCG" or "Ruane"), remain pending in this action.

Dated: June 10, 2016

Respectfully submitted,

SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP

James E. Miller
Laurie Rubinow
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jmiller@sfmslaw.com
 lrubinow@sfmslaw.com

Ronald S. Kravitz
Kolin C. Tang
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: rkravitz@sfmslaw.com
 ktang@sfmslaw.com

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.    6-17-16

Rose F. Luzon
Chiharu G. Sekino
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
401 West A Street, Suite 2550
San Diego, CA 92101
Telephone: 619-235-2416
Facsimile: (866) 300-7367
Email: rluzon@sfmslaw.com
       csekino@sfmslaw.com

*Attorneys for Plaintiff
and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2016, a copy of the foregoing Notice of Partial Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(A) was emailed to judgments@NYSD.uscourts.gov and sent via electronic and First Class mail to the following parties of record:

Tariq Mundiya
Jeffrey B. Korn
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
tmundiya@willkie.com
jkorn@willkie.com

Robert J. Ward
Ronald E. Richman
Max Garfield
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Robert.Ward@srz.com
Ronald.Richman@srz.com
Max.Garfield@srz.com

James R. Carroll
Michael S. Hines
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
500 Boylston Street
Boston, MA 02116-3740
james.carroll@skadden.com
michael.hines@skadden.com

Laurie Rubinow
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP

-4-