UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CLIVE COOPER, Individually and as a
Representative of a class similarly situated plan
Participants, on behalf of DST SYSTEMS, INC.
401(K) PROFIT SHARING PLAN.

Plaintiff,

16 CIVIL 1900 (WHP)

-against-

**JUDGMENT**

RUANE CUNNIFF & GOLDFARB INC.,
              Defendant.
-----------------------------------------------------------X


ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2017

    Ruane Cunniff & Goldfarb Inc. ("Ruane") having moved to compel Clive Copper ("Copper") to arbitrate his claims, or in the alternative, dismiss Count Three of the Complaint, and the matter having been brought before the Honorable William H. Pauley III, United States District Judge, and the Court, on August 15, 2017, having issued its Opinion and Order granting Ruane's motion to compel arbitration, and directing the Clerk of Court to mark this case closed, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 15, 2017, Ruane's motion to compel arbitration is granted; accordingly, the case is closed.

Dated:  New York, New York
        August 17, 2017

                                             RUBY J. KRAJICK
                                                Clerk of Court
                              BY:
                                                  Deputy Clerk

                                                 THIS DOCUMENT WAS ENTERED
                                                 ON THE DOCKET ON