UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

CLIVE COOPER, *individually and as a representative of a class of similarly situated plan participants, on behalf of the* DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN,

    Plaintiff,

-against-

RUANE CUNNIFF & GOLDFARB INC.,

    Defendant.

------------------------------------

16cv1900

SCHEDULING ORDER

WILLIAM H. PAULEY III, Senior District Judge:

    This Court directs the parties to submit a joint status report on how they wish to proceed by July 7, 2021.

Dated: June 4, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.