ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIVE V. COOPER, individually and as a representative of a class of similarly situated plan participants, on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN,<br><br>       Plaintiff,<br><br>   - against -<br><br>RUANE CUNNIFF & GOLDFARB, INC., et al.,<br><br>       Defendants. | 16 Civ. 1900 (LLS)(GWG)<br><br>   ORDER |

  Based on the joint status report submitted to the Court on January 3, 2022 (Dkt. No. 96), this action is stayed ninety (90) days to allow the Second Circuit to "resolve the pending Rule 23(f) Petitions and provide guidance regarding the additional appeals that have been noticed. . .".

  The parties shall submit another joint status report by April 4, 2022 to update the Court on the status of the Rule 23(f) Petitions, additional appeals, and any further developments.

  So Ordered.

Dated:  New York, New York
      January 5, 2022

              *Louis L. Stanton*
              LOUIS L. STANTON
               U.S.D.J.